**Opinion issued December 3, 2020**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-20-00671-CV

————————————

## IN RE VISHU T. BHAMBHANI, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Vishu T. Bhambhani, has filed a motion for voluntary dismissal of his petition for writ of mandamus.[1] We grant the motion and dismiss this original proceeding. We dismiss any other pending motions as moot.

---

[1]    The underlying case is *Raju Patel and Arun Parikh v. Vishu T. Bhambhani, Individually and as President and Managing Partner of Corsicana Hospitality, Inc., and Memorial Hospitality Corp.*, cause number 2020-25478, pending in the 11th District Court of Harris County, Texas, the Honorable Kristen Brauchle presiding.

**PER CURIAM**

Panel consists of Justices Keyes, Lloyd, and Landau.